1  BARRY D. KAYE (SBN 177833)
   LAW OFFICES OF BARRY D. KAYE
2  11835 W. Olympic Blvd., Suite 925
3  Los Angeles, CA 90064
   barry@kayelawgroup.com
4  Telephone: (310) 777-0344
5  Facsimile:  (310) 359-0200

JS-6

6  *Attorneys for Defendants*
7  *Andrew Troy and Motion Sound & Picture, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED SMITHSON, an individual, | Case No. CV 12-0309-R (SHx) |
| Plaintiff, | |
| v. | **ORDER TO ARBITRATE AND DISMISS ACTION** |
| ANDREW TROY, an individual; MOTION SOUND & PICTURE, LLC, a California limited liability company, and DOES 1-10, inclusive, | **HONORABLE MANUEL L. REAL** |
| Defendants. | |

The Court, finding that a valid, irrevocable and enforceable binding arbitration agreement governs the action, ORDERS the action into arbitration and dismisses the action, without prejudice to either side, to move to reopen the case after the completion of the arbitration process.

SO ORDERED:

Dated: April 25, 2012

By: _____
The Honorable Manuel L. Real
United States District Court Judge

**[PROPOSED] ORDER**