BARRY D. KAYE (SBN 177833)
LAW OFFICES OF BARRY D. KAYE
11835 W. Olympic Blvd., Suite 925
Los Angeles, CA 90064
barry@kayelawgroup.com
Telephone:  (310) 777-0344
Facsimile:   (310) 359-0200

JS-6

*Attorneys for Defendants*
*Andrew Troy and Motion Sound & Picture, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED SMITHSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW TROY, an individual; MOTION SOUND & PICTURE, LLC, a California limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 12-0309-R (SHx)<br><br>**ORDER TO ARBITRATE AND DISMISS ACTION**<br><br>**HONORABLE MANUEL L. REAL** |

The Court, finding that a valid, irrevocable and enforceable binding arbitration agreement governs the action, ORDERS the action into arbitration and dismisses the action, without prejudice to either side, to move to reopen the case after the completion of the arbitration process.

SO ORDERED:

Dated: April 25, 2012

By: _____
The Honorable Manuel L. Real
United States District Court Judge

**[PROPOSED] ORDER**